**Tyronne Benard COOPER,
Petitioner–Appellant,**

v.

**Warden Edward PEREZ, Respondent–
Appellee.**

**No. 04–41482.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 16, 2005.

Tyronne Benard Cooper, Three Rivers,
TX, pro se.

Kathlyn Giannaula Snyder, Assistant
U.S. Attorney, U.S. Attorney's Office,
Southern District of Texas, Houston, TX,
for Respondent–Appellee.

Before BENAVIDES, CLEMENT, and
PRADO, Circuit Judges.

PER CURIAM: *

Tyronne Benard Cooper, federal
prisoner # 09210–035, appeals the district
court's dismissal of his 28 U.S.C. § 2241
petition on summary judgment. Cooper
contends that the district court erred by
not ordering the Bureau of Prisons (BOP)
to award credit for that portion of Coo-
per's state sentence that was served prior
to the imposition of his federal sentence.

The Attorney General, through the
BOP, determines what credit, if any, will
be awarded to prisoners for time spent in
custody prior to the commencement of
their sentences. *See United States v. Wil-
son,* 503 U.S. 329, 331–32, 334, 112 S.Ct.
1351, 117 L.Ed.2d 593 (1992). The BOP
correctly determined under 18 U.S.C.
§ 3585(b) that it may not award Cooper
credit toward his term of imprisonment for
any time he spent in official detention pri-

---

or to the commencement of his sentence that was credited against another sentence.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under